```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

ADAM CHASTEEN,

    Plaintiff,                              Case No. 2:12-cv-229
                                                Judge Marbley
      v.                                    Magistrate Judge King

ROD JOHNSON, *et al.*,

    Defendants.


### ORDER

On August 31, 2012, the State of Ohio, making a special appearance pursuant to O.R.C. § 109.361, moved to dismiss plaintiff's complaint for insufficient service of process. Doc. No. 49. The State argues that, although the Court had previously granted plaintiff until September 1, 2012 to demonstrate that he has taken all appropriate action to effect service of process, he failed to do so. *Id*. The State further argues that plaintiff's claims should be dismissed for failure to take reasonable steps to effect service of process. *Id*.

After the filing of the State's motion to dismiss, however, the Court extended the deadline for demonstrating effective service of process on the remaining named defendants to November 21, 2012. *Order*, Doc. No. 59. The docket also reflects that plaintiff has since served at least some of the remaining defendants, *see*, *e.g.*, Doc. Nos. 63, 67-68, and the State has again moved to dismiss certain defendants for insufficient service of process. *See* Doc. Nos. 76, 79. Under

these circumstances, the State's August 31, 2012 motion to dismiss, Doc. No. 49, is **DENIED as moot.**

s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge
